

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00808-CV

**EX PARTE** Jose L. **VILLARREAL**

Original Habeas Corpus Proceeding[1]

### ORDER

Sitting:    Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On November 20, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 2nd, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005EM502156, styled *In the Interest of J.I.V. and E.M.V., Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe Jr. presiding.